David T. Blake, Esq.
Nevada Bar No. 11059
Wolfe & Wyman LLP
6757 Spencer Street
Las Vegas, NV 89119
Tel: (702) 476-0100
Fax: (949) 475-9203
*dtblake@ww.law*

Attorneys for Defendant
U.S. Bank Trust National Association not
in its Individual Capacity but Solely
as Owner Trustee for Rcf2 Acquisition Trust

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GOLDEN CREEK HOLDINGS, INC., a Delaware corporation,<br><br>Plaintiff,<br>vs.<br>MTC FINANCIAL INC. dba TRUSTEE CORPS, a corporation; U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF2 ACQUISITION TRUST, a national banking association; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO.:<br><br>**(Removed from 8th Judicial District Court, State of Nevada Case No. A-23-883519-C)**<br><br>**Defendant U.S. Bank Trust National Association's Notice of Removal** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant, U.S. Bank Trust National Association not in its Individual Capacity but Solely as Owner Trustee For Rcf2 Acquisition Trust ("U.S. Bank"), by and through its counsel of record, Wolfe & Wyman LLP, removes this action to the United States District Court, District of Nevada and, in support thereof, states the following:

1. This matter was commenced on December 14 2023, when Plaintiff Golden Creek Holdings, Inc. filed a Complaint in the Eighth Judicial District Court of Nevada in and for the County of Clark. A true and correct copy of the Complaint is attached hereto as Exhibit A.

2. U.S. Bank is joined by MTC Financial, Inc. who has consented to removal.

3. Upon information and belief, U.S. Bank was served with the Complaint, Summons, and other documents on December 26, 2023.

4. This Petition for Removal is timely under 28 U.S.C. § 1332 because it is being filed within thirty days after service on U.S. Bank of the state action.

5. U.S. Bank removes this case on the basis of diversity jurisdiction pursuant to 28 U.S.C. § 1332. U.S. Bank is informed and believes that diversity is satisfied as follows:

   a. Plaintiff is a Delaware Corporation;

   b. Defendant U.S. Bank is a National Banking Association with its main office located in Minneapolis Minnesota.

   c. On information and belief, Defendant MTC Financial Inc. dba Trustee Corps is a California corporation with its main office in Irvine, California.

   d. Pursuant to 28 U.S.C. § 1332(a), the amount in controversy in this action exceeds the jurisdictional minimum because the principal, interest, and other amounts secured by the disputed loan is $423,159.51. *See* December 20, 2023 Payoff Calculation Totals, attached hereto as Exhibit B.

6. Based on the above-referenced allegations, pursuant to 28 U.S.C. § 1441, et seq., U.S. Bank is entitled to remove this entire action from the Eighth Judicial District Court of Nevada to the United States District Court, District of Nevada, and U.S. Bank so wishes to exercise that right.

7. Pursuant to 28 U.S.C. § 1446(a), U.S. Bank has attached all process, pleadings, and orders, including those served upon it, as follows:

   a. Complaint – Exhibit A

   b. Summons – Exhibit C

   c. Plaintiff, Golden Creek Holdings, Inc.'s Motion for a Temporary Restraining Order and/or Preliminary Injunction on Order Shortening Time – Exhibit D

   d. Notice of Entry of Order Shortening Time – Exhibit E

   e. Order Granting Preliminary Injunction (served on January 11, 2024) – Exhibit F.

8. Pursuant to 28 U.S.C. § 1441(c), a true copy of this removal has been filed or will be

4796997.1

1 filed concurrently with the Eighth Judicial District Court of Nevada and served upon the Plaintiff.

9. U.S. Bank reserves the right to supplement this Petition for Removal when additional information becomes available. U.S. Bank further reserves all rights including, but not limited to, defenses and objections as to venue, personal jurisdiction and service. The filing of this Petition for Removal is subject to, and without waiver of any such defense or objection.

10. The undersigned signs this notice pursuant to Rule 11 of the Federal Rules of Civil Procedure. All process, pleadings, and orders served on Defendant is included in the attached Exhibits A-F.

DATED:  January 25, 2024                                WOLFE & WYMAN LLP

By:  /s/ DAVID T. BLAKE
DAVID T. BLAKE, ESQ.
Nevada Bar No. 11059
6757 Spencer Street
Las Vegas, NV  89119

3

4796997.1