**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GOLDEN CREEK HOLDINGS, INC.,<br><br>    Plaintiff(s),<br><br>v.<br><br>MTC FINANCIAL, INC., et al.,<br><br>    Defendant(s). | Case No. 2:24-cv-00177-RFB-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a).  The parties must file a joint discovery plan by May 10, 2024.

IT IS SO ORDERED.

Dated: May 3, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1