**WOLFE & WYMAN LLP**   ATTORNEYS & COUNSELORS AT LAW

David T. Blake     dtblake@ww.law

Our File No:  1467-022

February 12, 2025

The Honorable Ricard F. Boulware II
United States District Court
222 Las Vegas Blvd., South
Las Vegas, Nevada 89101

   **Re:**  **Golden Creek Holdings, Inc. v. MTC Financial et al.**
     Case No.:     2:24-cv-00177-RFB-NJK

Dear Judge Boulware:

  Pursuant to LR-IA 7-1(a), Defendant United Wholesale Mortgage, LLC ("UWM") and Mortgage Electronic Registration Systems, Inc. ("MERS") respectfully request that this court enter its written ruling on their pending motion to dismiss filed at ECF No. 23. Defendants filed their motion on July 3, 2024. Plaintiff filed its Response on July 17, 2024. ECF. No 23. Defendants filed their reply on August 30, 2024. ECF No. 25. Thus, it has been more than 90 days since Defendants' motion has been fully briefed.

          Very truly yours,

          WOLFE & WYMAN LLP


         By: /s/ David Blake
           DAVID T. BLAKE

## **CERTIFICATE OF SERVICE**

On July 3, 2024, I served **Defendants United Wholesale Mortgage, LLC's and Mortgage Electronic Registration Systems, Inc.'s LR IA 7-1(a) Request for Decision on Pending Motion to Dismiss (ECF No. 23),** by the following means to the persons as listed below:

    xx    a.    All parties on the Court's ECF System:

    \_\_\_\_\_    b.    United States Mail, postage fully pre-paid (List persons and addresses.  Attach additional paper if necessary).


*Doris Ligat*
An employee of WOLFE & WYMAN LLP