AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

GOLDEN CREEK HOLDINGS, INC.,

           Plaintiff,

v.

MTC FINANCIAL, INC. D/B/A TRUSTEE CORPS, et al..,

           Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:24-cv-00177-RFB-NJK

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered on behalf of the Defendants MTC Financial Inc, and U.S. Bank Trust National Association, in accordance with the Court's [27] Order entered March 30, 2025.

4/8/2025
Date

DEBRA K. KEMPI
Clerk

/s/ D. Reich-Smith
Deputy Clerk